IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
AMERICAN INDOOR FOOTBALL    )
ASSOCIATION, INC.,          )
                            )
    Plaintiff,              )
                            )         CIVIL ACTION NO.
    v.                      )          2:09cv1037-MHT
                            )               (WO)
KELLY LOCKWOOD,             )
individually, and NJ KINGS, )
LLC, a New Jersey Limited   )
Liability Company,          )
                            )
    Defendants.             )
```

**JUDGMENT**

It is the ORDER, JUDGMENT, and DECREE of the court that plaintiff's motion to dismiss (doc. no. 16) is granted and this cause is dismissed in its entirety without prejudice.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant

to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 14th day of June, 2010.

                                         /s/ Myron H. Thompson
                                   UNITED STATES DISTRICT JUDGE